PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey



2005 SEP 27  P 2: 43

U.S.A. vs. **Thomas Russo**                         Docket No. 05-184

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Sandra Bravo** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Thomas Russo**, who was placed under pretrial release supervision by the **Honorable John C. Lifland** sitting in the Court at Newark, New Jersey, on March 17, 2005, under the following conditions:

$100,000 Unsecured Appearance Bond
Report to Pretrial Services as directed
Restrict travel to New Jersey, Pennsylvania, New York City and Rochester, New York
Surrender passport and/or not apply for a new passport
Participate in mental health treatment as directed by Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:

The defendant acknowledged a history of substance abuse involving cocaine and marijuana. He is addressing this abuse of illicit drugs with his mental health treatment provider. He has noted a desire to return to treatment with a prior addictions counselor in Staten Island, New York. Pretrial Services is requesting a modification of the defendant's release conditions in order to monitor his progress and assist with a program referral if necessary.

PRAYING THAT THE COURT WILL ORDER BAIL BE AMENDED TO INCLUDE SUBSTANCE ABUSE TESTING/TREATMENT AS DIRECTED BY PRETRIAL SERVICES AND TRAVEL MODIFIED TO INCLUDE STATEN ISLAND, NEW YORK.